IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES A. RILEY, #288973, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:20-CV-243-WHA |
| | ) |
| SHERIFF DONALD VALENZA, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 12, 2020, the Magistrate Judge entered a Recommendation (Doc. #29) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this court;

3. Other than the filing fee assessed to Plaintiff in this case, no costs are taxed.

A separate Final Judgment will be entered.

DONE this 14th day of December, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE